IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| OTELS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-1385 |
| | ) |
| | ) |
| GLOBAL TRAVEL MARKET LTD. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 11, 2015. Defendant has not filed any objections to the Report and Recommendation. Based on a <u>de novo</u> review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that a default judgment be entered against the Defendant, in favor of Plaintiff's claims pursuant to 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), and Virginia common law. Because legal relief is inadequate, it is further

ORDERED that the Defendant is hereby enjoined from further use of a mark or domain name confusingly similar to the "OTELS"

mark, and is required to transfer the domain name and domain name registration of <www.olotels.com> to the Plaintiff.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 13, 2016